# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Hernandez et al. | CASE NUMBER |
| PLAINTIFF(S)/PETITIONER(S) | 2:22-cv-08813-CJC-JEM |
| v. | |
| Costco Wholesale Corporation, et al. | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 21-01** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Based on a financial interest in a party.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 21-01.

This self-recusal has been Ordered:
- ☑ within 120 days of the Court being assigned said case.
- ☐ after 120 days of the Court being assigned said case.

12/9/2022
Date

United States District Judge/Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___Stephen V. Wilson___. On all documents subsequently filed in this case, please substitute the initials ___SVW___ after the case number in place of the initials of the prior judge so that the case number will read: ___2:22-cv-08813-SVW(JEMx)___.

This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☑ Previous Judge   ☐ Statistics Clerk