Vassi Iliadis (State Bar No. 296382)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com

Phoebe A. Wilkinson*
Samuel L. Zimmerman*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10022
phoebe.wilkinson@hoganlovells.com
samuel.zimmerman@hoganlovells.com

*Attorneys for Defendants LG Electronics U.S.A., Inc.; Lowe's Home Centers, LLC; BestBuy.Com, LLC; Best Buy Stores, L.P.; and Costco Wholesale Corporation*
*Pro hac vice forthcoming

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, et al., and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., Inc., et al.<br><br>Defendants. | Case No. 2:22-cv-08813-SVW-JEM<br><br>Hon. Stephen V. Wilson<br><br>**DEFENDANT LG ELECTRONICS U.S.A., INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>**[Memorandum of Points and Authorities, Declaration of William Kwon, and [Proposed] Order Filed Concurrently Herewith]**<br><br>9 U.S.C. § 1 *et seq.*<br><br>Date: Monday, August 14, 2023<br>Time: 1:30 PM<br>Location: Courtroom 10A |

## NOTICE OF MOTION AND MOTION

### TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, on August 14, 2023, or as soon thereafter as the matter may be heard in Courtroom 10A of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, California, 90012, defendant LG Electronics USA, Inc. ("Defendant" or "LG") will, and hereby does, move the Court for an order staying this case and compelling the Parties to arbitrate this dispute through individual arbitration. This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, on the grounds that this dispute is subject to a valid arbitration agreement. Staying Plaintiff's claims so that the Parties may resolve this dispute through individual arbitration would effectuate that agreement, and would also serve the interests of justice and promote judicial economy.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of William Kwon, the pleadings, records, and files in this action, and any argument that the Court may entertain at any hearing on this matter. Further, this Motion is made following pre-filing meet and confers between counsel for the Parties, which took place on March 29, 2023 and May 26, 2023. Specifically, counsel for LG discussed with counsel for Plaintiffs the basis for LG's motion to compel arbitration. The parties were unable to resolve the issues identified by LG's Motion.

| | | |
|---|---|---|
| 1 | Dated: June 2, 2023 | By: */s/ Vassi Iliadis* |
| 2 | | Vassi Iliadis (State Bar No. 296382) |
| | | **HOGAN LOVELLS US LLP** |
| 3 | | 1999 Avenue of the Stars |
| | | Suite 1400 |
| 4 | | Los Angeles, CA 90067 |
| | | Tel: (310) 785-4600 |
| 5 | | Fax: (310) 785-4601 |
| | | vassi.iliadis@hoganlovells.com |
| 6 | | |
| | | Phoebe A. Wilkinson* |
| 7 | | Samuel L. Zimmerman* |
| | | **HOGAN LOVELLS US LLP** |
| 8 | | 390 Madison Avenue |
| | | New York, NY 10017 |
| 9 | | Tel: (212) 918-3000 |
| | | Fax: (212) 918-3100 |
| 10 | | phoebe.wilkinson@hoganlovells.com |
| | | samuel.zimmerman@hoganlovells.com |
| 11 | | |
| | | *Attorneys for Defendants LG Electronics* |
| 12 | | *U.S.A., Inc.; Lowe's Home Centers, LLC;* |
| | | *BestBuy.Com, LLC; Best Buy Stores, L.P.;* |
| 13 | | *and Costco Wholesale Corporation* |
| | | *\*Pro hac vice forthcoming* |

3

DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION
CASE NO. 2:22-CV-08813

**PRE-FILING MEET AND CONFER CERTIFICATION**

I certify, pursuant to Local Rule 7-3, that counsel for Defendant LG Electronics USA, Inc. met and conferred with counsel for Plaintiffs on March 29, 2023 and May 26, 2023, to discuss LG's above Motion. Counsel for LG discussed with counsel for Plaintiffs the basis for LG's motion to compel arbitration. Despite counsels' best efforts, no pre-filing resolution has been reached and all meet and confer efforts have been exhausted.

Respectfully submitted,

Dated: June 2, 2023

By: /s/ *Vassi Iliadis*

Vassi Iliadis (State Bar No. 296382)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com

Phoebe A. Wilkinson*
Samuel L. Zimmerman*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
phoebe.wilkinson@hoganlovells.com
samuel.zimmerman@hoganlovells.com

*Attorneys for Defendants LG Electronics U.S.A., Inc.; Lowe's Home Centers, LLC; BestBuy.Com, LLC; Best Buy Stores, L.P.; and Costco Wholesale Corporation*
*Pro hac vice forthcoming