Vassi Iliadis (State Bar No. 296382)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com

Phoebe A. Wilkinson*
Samuel L. Zimmerman*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
phoebe.wilkinson@hoganlovells.com
samuel.zimmerman@hoganlovells.com

*Attorneys for Defendants LG Electronics U.S.A., Inc.; Lowe's Home Centers, LLC; BestBuy.Com, LLC; Best Buy Stores, L.P.; and Costco Wholesale Corporation*
*Admitted pro hac vice

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, et al., and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., Inc., et al.<br><br>Defendants. | Case No. 2:22-cv-08813-SVW-JEM<br><br>Hon. Stephen V. Wilson<br><br>**DEFENDANTS BEST BUY STORES, L.P.'S AND BESTBUY.COM, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>**[Memorandum of Points and Authorities, Declaration of Mike Wang, Declaration of Daniel Poplau, Declaration of Scott DeToffol, Declaration of Lauren Wallen, and [Proposed] Order Filed Concurrently Herewith]**<br><br>9 U.S.C. § 1 *et seq.*<br><br>Date: Monday, February 12, 2024<br>Time: 1:30 PM<br>Location: Courtroom 10A |

# NOTICE OF MOTION AND MOTION

## TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, on February 12, 2024, or as soon thereafter as the matter may be heard in Courtroom 10A, 10th Floor, of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, California, 90012, defendants BestBuy.Com, LLC and Best Buy Stores, L.P. (together "Best Buy") will, and hereby do, move the Court for an order staying this case and compelling Plaintiff Linda Reichello to arbitrate this dispute through individual arbitration. This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, on the grounds that this dispute is subject to a valid arbitration agreement. Staying Plaintiff's claims so that the Parties may resolve this dispute through individual arbitration would effectuate that agreement, and would also serve the interests of justice and promote judicial economy.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Mike Wang, the accompanying Declaration of Daniel Poplau, the accompanying Declaration of Scott DeToffol, the accompanying Declaration of Lauren Wallen, the pleadings, records, and files in this action, and any argument that the Court may entertain at any hearing on this matter. This Motion is made pursuant to the Court's Scheduling Notice entered on December 26, 2023.

| | | |
|---|---|---|
| Dated: January 16, 2024 | By: | */s/ Vassi Iliadis* |

Vassi Iliadis (State Bar No. 296382)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com

Phoebe A. Wilkinson*
Samuel L. Zimmerman*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
phoebe.wilkinson@hoganlovells.com
samuel.zimmerman@hoganlovells.com

*Attorneys for Defendants LG Electronics U.S.A., Inc.; Lowe's Home Centers, LLC; BestBuy.Com, LLC; Best Buy Stores, L.P.; and Costco Wholesale Corporation*
*Admitted pro hac vice

**PRE-FILING MEET AND CONFER CERTIFICATION**

I certify, pursuant to Local Rule 7-3, that counsel for Defendants BestBuy.Com, LLC and Best Buy Stores, L.P. met and conferred with counsel for Plaintiffs at the Status Conference on October 10, 2023.

Respectfully submitted,

Dated: January 16, 2024

By: /s/ *Vassi Iliadis*
Vassi Iliadis (State Bar No. 296382)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com

Phoebe A. Wilkinson*
Samuel L. Zimmerman*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
phoebe.wilkinson@hoganlovells.com
samuel.zimmerman@hoganlovells.com

*Attorneys for Defendants LG Electronics U.S.A., Inc.; Lowe's Home Centers, LLC; BestBuy.Com, LLC; Best Buy Stores, L.P.; and Costco Wholesale Corporation*
**Admitted pro hac vice*

BEST BUY'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION
CASE NO. 2:22-CV-08813